**Order entered July 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00890-CR

**CURTIS DEWIGHT NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068322**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine why appellant's brief, initially due on December 26, 2018, had not been filed. On July 22, 2019, the trial court held a hearing and found (1) appellant wants to prosecute this appeal and has not abandoned the appeal, (2) the trial court had attempted to reach Mr. Jarvis on "numerous occasions" but counsel had not responded to the court's attempts to contact him, (3) appointed counsel Don Jarvis, Jr. was out of the country and did not attend the hearing, (4) the State recommended Mr. Jarvis be removed and new counsel appointed, (5) Mr. Jarvis was removed, and (6) new counsel was appointed. The trial court then appointed Jeremy Oney.

We **DIRECT** the Clerk of the Court to remove Don Jarvis, Jr. and list Jeremy Oney as appointed counsel of record for appellant.

We **ORDER** appellant's brief due on or before September 20, 2019.

We **DIRECT** the Clerk to send copies of this order to the Honorable Larry Phillips, Presiding Judge, 59th Judicial District Court; to Don Jarvis, Jr.; to Jeremy Oney; and to the Grayson County District Attorney's Office.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE